1
2
3              UNITED STATES DISTRICT COURT
4                    DISTRICT OF NEVADA
5                          * * *
6   THOMAS WRAY HERNDON,                    Case No. 3:20-cv-00489-MMD-CLB
7                        Petitioner,                ORDER
8         v.
9   DWIGHT NEVEN, *et al.*,
10                       Respondents.
11
12        Good cause appearing, it is hereby ordered that Petitioner Thomas Herndon's
13   unopposed first motion for extension of time (ECF No. 18) is granted. Petitioner has until
14   May 3, 2021, to file an amended petition for writ of habeas corpus.
15        DATED THIS 4th Day of March 2021.
16
17
18                                          _____
                                            MIRANDA M. DU
19                                          CHIEF UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28