UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS WRAY HERNDON,<br><br>      Petitioner,<br>  v.<br>DWIGHT NEVEN, *et al.*,<br><br>      Respondents. | Case No. 3:20-cv-00489-MMD-CLB<br><br>ORDER |

This habeas matter is before the Court on Petitioner Thomas Herndon's motion for a stay or, in the alternative, for an extension of time (ECF No. 21 ("Motion")). Respondents filed a limited non-opposition. (ECF No. 23.)

The Court granted Petitioner's first unopposed motion to extend time, setting the deadline to file his amended petition for May 3, 2021. (ECF No. 20.) Petitioner now requests a stay to provide Petitioner's counsel time to meet with him in person to accommodate Petitioner's purported intellectual disability, and to have an expert perform a neuropsychological evaluation. Alternatively, Petitioner requests a 120-day extension of time to file his amended petition for writ of habeas corpus. Respondents do not oppose Petitioner's motion, but Respondents assert that an extension of time is more efficient.

The Court finds that Petitioner has not established that a stay is warranted at this time. Petitioner is located at the Lovelock Correctional Center and a limited reopening began on May 1, 2021. If Petitioner experiences significant delays in conducting an adequate investigation into his purported mental impairment, he may refile his motion to stay the proceedings and/or request another extension of time. The Court finds good cause to grant Petitioner's request to extend time to file his amended petition. Petitioner will have until August 31, 2021, to file an amended petition for writ of habeas corpus.[1]

---

[1] Petitioner at all times remains responsible for calculating the running of the federal

It is therefore ordered that Petitioner Thomas Herndon's motion for a stay or, in the alternative, for an extension of time (ECF No. 21) is granted in part and denied in part. Petitioner's request for a stay is denied without prejudice.

It is further ordered that Petitioner will have until August 31, 2021, to file an amended petition for writ of habeas corpus.

DATED THIS 21st Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

limitation period and timely presenting claims.