1
2
3                  UNITED STATES DISTRICT COURT
4                        DISTRICT OF NEVADA
5                                * * *
6    THOMAS WRAY HERNDON,                    Case No. 3:20-cv-00489-MMD-CLB
7                          Petitioner,                      ORDER
8         v.
     DWIGHT NEVEN, et al.,
9
                          Respondents.
10
11         Good cause appearing, it is therefore ordered that Petitioner Thomas Herndon's
12   unopposed fourth motion for enlargement of time (ECF No. 29) is granted. Herndon has
13   until February 2, 2022, to file an amended petition for writ of habeas corpus.
14         DATED THIS 20th Day of January 2022.
15
16
17   _____
     MIRANDA M. DU
18   CHIEF UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28