UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS WRAY HERNDON,<br><br>　　　　　　　　Petitioner,<br>　v.<br>DWIGHT NEVEN, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00489-MMD-CLB<br><br>ORDER |

　　　Good cause appearing, it is therefore ordered that Petitioner Thomas Herndon's unopposed fifth motion for enlargement of time (ECF No. 31) is granted. Herndon has until February 9, 2022, to file an amended petition for writ of habeas corpus.

　　　DATED THIS 16th Day of February 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE