1
2
3                    UNITED STATES DISTRICT COURT
4                          DISTRICT OF NEVADA
5   THOMAS WRAY HERNDON,              Case No. 3:20-cv-00489-ART-CLB
6                       Petitioner,        **ORDER**
7       v.
8   DWIGHT NEVEN, *et al.*,
9                       Respondents.
10          Good cause appearing, it is therefore ordered that Respondents' unopposed
11  first Motion for Enlargement of Time (ECF No. 38) is GRANTED. Respondents
12  have until June 10, 2022 to answer or otherwise respond to the amended petition
13  for writ of habeas corpus.
14          DATED THIS 10th day of May 2022.
15
16  _____
17  ANNE R. TRAUM
    UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28