UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS WRAY HERNDON,

                    Petitioner,

    v.

DWIGHT NEVEN, *et al.*,

                  Respondents.

Case No. 3:20-cv-00489-ART-CLB

**ORDER**

Good cause appearing, it is therefore ordered that Respondents' unopposed second Motion for Enlargement of Time (ECF No. 41) is GRANTED. Respondents have until July 25, 2022 to answer or otherwise respond to the amended petition for writ of habeas corpus.

DATED THIS 21st day of June 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE