UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WRAY HERNDON, | Case No. 3:20-cv-00489-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Petitioner filed a motion for a 30-day extension of time to file his opposition to Respondents' motion to dismiss the amended petition. (ECF No. 49 ("Motion").) The Court finds the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's motion (ECF No. 49) is granted. The deadline to file the opposition is September 7, 2022.

DATED THIS 10th day of August 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE