UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WRAY HERNDON,<br><br>                           Petitioner,<br>   v.<br>DWIGHT NEVEN, et al.,<br><br>                        Respondents. | Case No. 3:20-cv-00489-ART-CLB<br><br>ORDER |

      Petitioner filed an unopposed motion for extension of time in which to file an opposition to Respondents' motion to dismiss Petitioner's first amended petition (fourth request) (ECF No. 56 ("Motion")). The Court finds the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

      It is therefore ordered that Petitioner's motion (ECF No. 56) is granted. The deadline for Petitioner to file an opposition to the motion to dismiss the first amended petition is December 7, 2022.

      DATED THIS 10th day of November 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE