UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WRAY HERNDON,<br><br>                             Petitioner,<br>   v.<br>DWIGHT NEVEN, et al.,<br><br>                          Respondents. | Case No. 3:20-cv-00489-ART-CLB<br><br>ORDER |

       Good cause appearing, Respondents' unopposed motion for extension of time to file a reply in support of the motion to dismiss (first request) (ECF No. 63) is GRANTED. Respondents have until January 17, 2023, to file a reply in support of the motion to dismiss.

       IT IS SO ORDERED.

       DATED THIS 30th day of December 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE