UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WRAY HERNDON,<br><br>　　　　　　　　Petitioner,<br>　v.<br>DWIGHT NEVEN, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00489-ART-CLB<br><br>**ORDER** |

　　　Good cause appearing, it is therefore ordered that the parties' Stipulation to Continue Deadline to File Joint Scheduling Order and Sworn Declaration from Petitioner (ECF No. 69) is GRANTED. The parties have until June 9, 2023, to file a joint scheduling order for evidentiary hearing and for Petitioner's counsel to obtain a sworn declaration from Petitioner.

　　　DATED THIS 28th day of April 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1